ORIGINAL

IKE LAWRENCE EPSTEIN, ESQ.
Nevada Bar No. 4594
ERIC D. HONE, ESQ.
Nevada Bar No. 8499
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-9447

Attorneys for Plaintiff/Counter-defendant
MCC Special Purpose Corporation VIII

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MCC SPECIAL PURPOSE CORPORATION VIII, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDYWINE HEALTH SERVICES OF MISSISIPPI, INC., aka Choctaw County Medical Center, a Mississippi corporation, JEFFREY A. MORSE, an individual, and DOES 1-10,<br><br>Defendants.<br><br>BRANDYWINE HEALTH SERVICES OF MISSISIPPI, INC., aka Choctaw County Medical Center, a Mississippi corporation, JEFFREY A. MORSE, an individual,<br><br>Counter-claimants,<br><br>vs.<br><br>MCC SPECIAL PURPOSE CORPORATION VIII, a Nevada corporation, and DOES 1-10,<br><br>Counter-defendants. | Case No.:  CV-S-04-KJD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS** |

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00197227;}

1

ORIGINAL

1          Plaintiff/Counter-defendant MCC Special Purpose Corporation VIII and

2   Defendants/Counter-claimants Brandywine Health Services of Mississippi, Inc., and Jeffrey A.

3   Morse (collectively "Brandywine") hereby stipulate and agree that this matter may be dismissed

4   with prejudice, each party to bear its own costs and attorneys' fees.

5   ALVERSON, TAYLOR, MORTENSEN       BECKLEY SINGLETON, CHARTERED
    & SANDERS

6

7   By: _____        By: _____

8      Eric Taylor, Esq.                            Ike Lawerence Epstein, Esq.
   Nevada Bar No. 2275                      Nevada Bar No. 4594

9      Sarah A. Smegal, Esq.                    Eric D. Hone, Esq.
   Nevada Bar No. 8669                      Nevada Bar No. 8499

10     7401 West Charleston Blvd.               530 Las Vegas Blvd. South
   Las Vegas, Nevada 89117              Las Vegas, Nevada 89101

11     Attorneys for Brandywine Health Services    Attorneys for MCC Special Purpose
   Of Mississippi, Inc., and Jeffrey A. Morse    Corporation VIII

12

13

14                              **IT IS SO ORDERED:**

15                            _____

16                            United States District Court Judge for District of Nevada

17                            Dated: 6/20/05

18  Submitted by:

19  BECKLEY SINGLETON, CHARTERED

20

21  By: _____ Bar No 8977

   Ike Lawerence Epstein, Esq.

22     Nevada Bar No. 4594
   Eric D. Hone, Esq.

23     Nevada Bar No. 8499
   530 Las Vegas Blvd. South

24     Las Vegas, Nevada 89101
   Attorneys for MCC Special Purpose

25     Corporation VIII

26

27

28

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00197227;}                             2